KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066

Attorneys for Plaintiff

**FILED**

JAN 0 6 2006

CLERK
NORTHERN ... ...BNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MIGUEL ANGEL BARAJAS, <br> Defendant. | No. CR 05-70428 RS <br><br> NOTICE OF DISMISSAL <br><br> (San Jose Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint without prejudice and moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

DATED: 1/3/06

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

MATTHEW A. PARRELLA
Chief, San Jose Branch Office

NOTICE OF DISMISSAL

Leave is granted to the government to dismiss the complaint. It is further ordered that the arrest warrant issued in connection with the complaint is quashed.

Date: 1/6/06

PATRICIA V. TRUMBULL
United States Magistrate Judge